573 So.2d 1117 (1991)
Joyce Ludwig, Wife of Vance SPRUIELL, Catherine M. Ellis, Sidney Ellis Reavey, and John M. Ellis, Jr.
v.
Clare Leary, Wife of/and Edward B. LUDWIG, Jr., Edward B. Ludwig, III, Lureco Realty Co., Inc., Drawde-Allen, Inc., and Container Realty and Construction, Inc.
And Other Consolidated Cases.
No. 90-C-2248.
Supreme Court of Louisiana.
January 18, 1991.
Reconsideration Denied February 21, 1991.
Denied.
DENNIS and WATSON, JJ., would grant the writ.